**97–929. State v. McNeill.**

Lorain App. No. 95CA006158. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of appellant's motion to supplement the record with the physical trial exhibits,

IT IS ORDERED by the court that the motion to supplement the record be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the Clerk of the Court of Appeals for Lorain County should transmit all portions of the record that have not previously been transmitted to the Clerk of the Supreme Court within twenty days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**96–2391. State v. Dougherty.**

Hancock App. No. 5–94–2. This cause is pending before the court as an appeal from the Court of Appeals for Hancock County. Upon consideration of the notice of the death of John Robert Dougherty filed by counsel for appellant, and counsel's request that this appeal be dismissed,

IT IS ORDERED by the court that the request for dismissal be, and hereby is, granted.

**97–981. State ex rel. Posey v. Albert M. Higley Co.**

Franklin App. No. 96APD05–567. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1014. Penton v. Wilkinson.**

In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, July 23, 1997*

## MISCELLANEOUS DISMISSALS

**96–2654. Cambridge Arms, Ltd. v. Hamilton Cty. Bd. of Revision.**

Board of Tax Appeals, No. 94–P–1129. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–2655. Cambridge Arms II, Ltd. v. Hamilton Cty. Bd. of Revision.**

Board of Tax Appeals, No. 94–P–1130. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.